**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LOIS WHITE                                   )
                                             )
    Plaintiff,                           )
                                             )
v.                                           )
                                             )  Case No. 1:24-cv-11283
                                             )
5CORE HOSPITALITY, LLC., an Illinois         )  Honorable John J. Tharp, Jr.
limited liability company                    )
                                             )
    Defendant.                          )
                                             )
                                             )

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT 5CORE HOSPITALITY, LLC. UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE**

Plaintiff, through undersigned counsel, hereby notifies this Honorable Court that the Parties have resolved the matter and voluntarily dismisses Defendant 5Core Hospitality, LLC. under Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice.

Respectfully submitted,

CASS LAW GROUP, P.C.

/s/ Angela C. Spears
Angela C. Spears
CASS LAW GROUP, P.C.
20015 S. LaGrange Rd #1098
Frankfort, IL 60423
T: (872) 329-4844
E: aspears@casslawgroup.com
*Counsel for Plaintiff*

Dated: July 10, 2025

1